

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00248-CR

Michael Cesar **FERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13555
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

The State's motion for extension of time to file a brief is granted. We order the brief due October 28, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk